UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAPPY FEET USA, INC., a Florida
corporation
                    Plaintiff,

vs.

MICHAEL BURCH and HEIDI SHAVER,

                    Defendants.
_____/

Case No. 6:09-cv-1903-ORL-31KRS

## JOINT STIPULATION REGARDING EFFECT OF ASSIGNMENT BY FULCRUM PROPERTIES, INC.

Plaintiff Happy Feet USA, Inc. has asserted a claim against Defendant Michael Burch for breach of contract. *See* Complaint, Count VI, Dkt. 1. Defendant Michael Burch has asserted a counterclaim against Happy Feet USA, Inc. for breach of the same contract. *See* Counterclaim, Count I, Dkt. 31.

In light of information revealed in the course of discovery relating to an assignment by Fulcrum Properties, Inc., to Happy Feet USA, Inc., and to avoid the potentially unnecessary addition of one or more third party counter-defendants, the parties jointly agree and stipulate that Happy Feet USA, Inc. was and is the recipient of a lawful assignment by Fulcrum Properties, Inc. of the rights and obligations of the Independent Representative Agreement forming the basis of the parties' respective breach of contract claims. As such, the parties agree that Happy Feet USA, Inc. is the appropriate and responsible corporate party for "Happy Feet" in relation to any disputes, claims and/or counterclaims arising out of the July 30, 2009 Independent Representative Agreement between "Michael Burch" and "Happy Feet."

1

Respectfully submitted this 1st day of September 2010.

/s/ Lawrence G. Walters

Lawrence G. Walters, Esq.
Florida Bar No. 776599
Larry@FirstAmendment.com
Kevin W. Wimberly, Esq.
Florida Bar No. 0057977
Kevin@FirstAmendment.com
Walters Law Group
781 Douglas Avenue
Altamonte Springs, Fl 32714
Telephone: 407-975-9150
Facsimile: 407-774-6151

/s/ Ava K. Doppelt

Ava K. Doppelt, Esq.
Florida Bar No. 393738
adoppelt@addmg.com
David W. Magana, Esq.
Florida Bar No. 41485
dmagana@addmg.com
Allen, Dyer, Doppelt, Milbrath &
Gilchrist, PA
255 S. Orange Avenue, Suite 1401
Orlando, Fl 32801
Telephone: 407-841-2330
Facsimile: 407-841-2343